UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| FELIX ORTIZ RIVERIA, | CASE NO. 4:12 CV 147 |
| Plaintiff, | JUDGE JOHN R. ADAMS |
| -vs- | |
| COMMISSIONER OF SOCIAL SECURITY, | MEMORANDUM OF OPINION AND ORDER |
| Defendant. | |

On July 21, 2016 the Magistrate Judge in this matter submitted a Report and Recommendation (Doc. 25) recommending that the Court AFFIRM the Commissioner's decision.

Under Fed. R. Civ. P. 72(b), if the parties wish to object to the proposed findings and recommendation they must do so by filing specific written objections within the fourteen (14) day period following service of the Report and Recommendation. In this matter, no objections, or requests for extension of time, were filed within the prescribed period. Further review by this Court at this time would be a duplicative and inefficient use of the Court's limited resources. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984); *Howard v. Sec'y of Health and Human Servs.*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

Accordingly, Magistrate Judge's Report and Recommendation is adopted. The final decision of the Commissioner is AFFIRMED.

**IT IS SO ORDERED**.

*/s/ John R. Adams*
JOHN R. ADAMS
UNITED STATES DISTRICT COURT JUDGE
NORTHERN DISTRICT OF OHIO

Dated: August 11, 2016